# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TRACY ROBINSON,**

   *Plaintiff,*

v.                                              Case No.: 4:24cv397-MW/MAF

**LAKE PARK OF MADISON**
**NURSING HOME, et al.,**

   *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on January 10, 2025.**

                                          s/Mark E. Walker                   
                                          **Chief United States District Judge**